Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**FILED**
**FEB 18 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

## United States Bankruptcy Court
## Central District of California

ROBERT REYES

) Chapter 13
)
) Case No.: 8:09-bk-14226-RK
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3011)
)
)
)
)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300641** in the sum of **$2,000.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the party entitled to said unclaimed dividend is as follows:

ROBERT REYES
11582 REVA DRIVE
GARDEN GROVE, CA 928400000

Date: February 14, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0914226 | ROBERT REYES ACCT: | XXX-XX-7396 Claim: 00000 | 2,000.00 | 0.00 | 2,000.00 |
| | | TOTALS | 2,000.00 | 0.00 | 2,000.00 |

ROBERT REYES

BALANCE:              [0.00  13/00000]
SSN: XXX-XX-7396    SSN:
ACCT:                         CASE: 0914226
PRINCIPAL:    2,000.00    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0300641

Dec 24, 2009

VOID 90 DAYS FROM DATE

*****$2,000.00

**PAY**   Two Thousand And 00 / 100 Dollars

**TO THE ORDER OF**   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300641⑈ ⑆061100790⑆ 000000575186 2⑈